FILED

08/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0234

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0234

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

JAMESON THOMAS WOODS,

    Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 27, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 2 2021